COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Amanda Broussard

Appellate case number:   01-14-00346-CV

Trial court case number:  13-CCV-050828

Trial court:                County Court at Law No. 2 of Fort Bend County

On April 29, 2014, relator, Amanda Broussard, filed a petition for writ of mandamus. Relator's petition fails to include a certification in compliance with Texas Rule of Appellate Procedure 52.3(j). Accordingly, if relator desires to proceed with its original proceeding, relator must file a proper certification within 10 days of this order. If a proper certification is not filed, relator's petition for writ of mandamus will be denied.

Further, the real party in interest is **ordered** to file a response to the mandamus petition, if any, by **Friday, May 23, 2014**.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                    ☒  Acting individually     ☐ Acting for the Court


Date:  May 1, 2014